**Aren Derbarseghian (SBN: 304530)**
**Amir Abdizadeh (SBN: 298114)**
  **D&A LAW GROUP**
**535 N. Brand Blvd., Suite 280**
**Glendale, California 91203**
**Tel:   (818) 574-0845**
**Fax:  (818) 936-9696**
**Email:  aren@dalawgroup.com**
         **amir@dalawgroup.com**

Attorney for Plaintiffs,
NICOLE STAN, ETHAN STAN, AND MANDICA GORGOI

# UNITED STATES DISTRICT COURT OF CALIFORNIA
# FOR THE CENTRAL DISTRICT

| | |
|---|---|
| NICOLE STAN, on behalf of herself and ETHAN STAN, a minor, and MANDICA GORGOI,<br><br>      Plaintiffs,<br><br>  v.<br><br>PRINCESS CRUISE LINES LTD., d/b/a Princess Cruises, and DOES 1-10, inclusive, and each of them,<br><br>      Defendants. | Case No.:  2:20-cv-07374<br><br>**COMPLAINT FOR:**<br>   1. **NEGLIGENCE**<br>   2. **VICARIOUS LIABILITY**<br>   3. **COMMON CARRIER LIABILITY**<br><br>**[Jury Trial Demanded]** |

-1-
COMPLAINT

Plaintiffs, Nicole Stan, on behalf of herself and her minor child Ethan Stan, and Mandica Gorgoi, allege the following on information and belief:

## PARTIES

1. Nicole Stan is an individual who, at all relevant times during the events alleged herein, resided in Los Angeles County, California.

2. Mandica Gorgoi is an individual who, at all relevant times during the events alleged herein, resided in Los Angeles County, California.

3. Ethan Stan is a minor, and the son of co-plaintiff Nicole Stan. Nicole Sand is suing on behalf of herself and Ethan Stan. At all relevant times during the events alleged herein Ethan Stan also resided in Los Angeles County, California.

4. Princess Cruise Lines Ltd. is a corporation doing business in California as a cruise line operator. It has a principal place of business in Santa Clarita, California.

## DOE DEFENDANTS

5. The true names and capacities, whether corporate, associate, individual or otherwise of DOES 1 - 10, inclusive, and each of them, are unknown to Plaintiffs who are therefore suing said defendants by such fictitious names. Each of the defendants designated herein as DOE is legally responsible in some manner for the events and happenings herein alleged, and caused injuries and damages proximately thereby to Plaintiffs. Plaintiffs will seek leave of court to amend this Complaint to include the true names and capacities of each DOE defendant when it has been ascertained.  At all times mentioned in this Complaint, unless otherwise alleged, each defendant, including the DOE defendants acted as the agent, partner, or employee of every other defendant, including the named Defendant(s), and in doing the acts alleged in this Complaint, acted within the course, scope, and authority of that agency, partnership, or employment, and with the knowledge and consent of each of the other defendants, including the named Defendant(s).

## JURISDICTION AND VENUE

6. Jurisdiction and Venue: (a) Jurisdiction is proper under Article III, Section

2 of the United States Constitution which grants original jurisdiction to U.S. federal courts over admiralty and maritime matters and under 28 U.S.C. § 1331 which grants the district courts original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States; (b) venue is proper under 28 U.S. Code § 1391 because Defendant Princess Cruises Ltd. operates/resides in Los Angeles County, contracted with Plaintiffs in Los Angeles County, and Los Angeles County is within the State of California.

## GENERAL ALLEGATIONS

7. On or about August 21, 2018, at approximately 5:00 p.m., Plaintiffs were passengers in a Princess-Cruise-sponsored tour bus. The bus was travelling downhill on a curved road when it collided with another vehicle traveling up the same road, at a high rate of speed.

8. The collision caused extensive damage to the front and right side of the bus and the resulting impact caused significant injuries to Plaintiffs. Specifically, Nicole Stan sustained injuries to her neck, cervical spine, and thoracic spine. Mandica Gorgoi sustained injuries to her cervical spine, neck, and left leg. Ethan Stan sustained injuries to his face and nose, which will likely require reconstructive surgery as he gets older.

9. The bus driver, who was an agent/employee of Princess Cruise Lines Ltd., and DOES 1 – 10, inclusive, and each of them, had a duty to pay close attention to traffic conditions when operating the bus. Had the bus driver been paying more attention to the road, the oncoming vehicles on the road, and her rate of speed, she could have avoided the collision altogether, or at a minimum, she could have mitigated the injuries sustained by Plaintiffs. However, the bus driver failed to properly comply with her duty and, therefore, acted negligently.

10. As a result, Plaintiffs have been harmed and have filed this lawsuit seeking damages against Defendant Princess Cruise Lines Ltd. and DOES 1 – 10, inclusive, and each of them for that harm.

///

**FIRST CAUSE OF ACTION**

Negligence

(Against Defendant Princess Cruises Ltd. and DOES 1-10, inclusive, and each of them)

11. Plaintiffs incorporate by reference the allegations above as if set forth in full herein.

12. All motor vehicle operators have a duty to use, at a minimum, the ordinary care and skill of a reasonably prudent driver when operating a vehicle.

13. The bus driver was an agent/employee of Defendant Princess Cruise Lines Ltd. and DOES 1 – 10, inclusive, and each of them. Defendant Princess Cruise Lines Ltd. and DOES 1 – 10, inclusive, and each of them, by and through the bus driver, therefore breached this duty by, among other things, failing to pay attention to the road, the oncoming vehicles on the road, and the speed of the bus. This negligence caused Plaintiffs to sustain bodily injury.

14. As such, Plaintiffs are seeking compensation for the injury and damage they have sustained. The exact amount of Plaintiffs' damages is unknown at this time, but will be proven at trial.

**SECOND CAUSE OF ACTION**

Vicarious Liability

(Against Defendant Princess Cruises Ltd. and DOES 1 - 10, inclusive, and each of them)

15. Plaintiffs incorporate by reference the allegations above as if set forth in full herein.

16. Plaintiffs are informed and believe that Defendant Princess Cruises Ltd. and DOES 1 – 10, inclusive, and each of them, promoted the bus tour on their website and offered individuals, like Plaintiffs, the option of booking and paying for the tours online.

17. Defendant Princess Cruise Lines Ltd. and DOES 1 – 10, inclusive, and

1  each of them, are therefore joint-venturers and/or have a principal/agent
2  relationship.  As such, Defendant Princess Cruise Lines Ltd. and DOES 1 – 10,
3  inclusive, and each of them, are vicariously liable for the negligence of one another
4  including the bus driver and operator(s). As such, they are each jointly responsible
5  for the injuries and damage sustained by Plaintiffs.
6      18.    Plaintiffs are, therefore, seeking compensation for the injuries and
7  damages they sustained against Defendant Princess Cruise Lines Ltd. and DOES 1 –
8  10, inclusive, and each of them, jointly and severally.

## THIRD CAUSE OF ACTION

Common Carrier

(Against Defendant Princess Cruises Ltd. and DOES 1 - 10, inclusive, and each of them)

19.    Plaintiffs incorporate by reference the allegations above as if set forth in full herein.

20.    Common carriers must carry passengers safely.

21.    Common carriers must use the *highest degree of vigilance* when transporting passengers. They must do all that human care, vigilance, and foresight reasonable under the circumstances to avoid harm to passengers.

22.    Defendant Princess Cruises Ltd. and DOES 1 - 10, inclusive, and each of them, are common carriers. However, as alleged above, they failed to exercise a higher degree of care when transporting Plaintiffs and the other passengers.

23.    As a result of Defendants' failure to apply this higher standard of care, Plaintiffs sustained injuries for which they are now seeking compensation. The exact amount of Plaintiffs' damages is unknown at this time but will be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Nicole Stan, Mandica Gorgoi, and Ethan Stan pray for relief as follows:

1.    For general damages against all Defendants, including DOES 1 – 10,

according to proof;

2. For special damages against all Defendants, including DOES 1 – 10, according to proof;

3. That judgment is entered in favor of Plaintiffs; and

4. For such other and further relief as the Court may deem just and proper.

**D&A LAW GROUP**

**Dated:** 08/14/2020                              **By:**_____
                                                                   Aren Derbarseghian
                                                                   Attorney for Plaintiffs,
                                                                   Nicole Stan, Mandica Gorgoi,
                                                                   and Ethan Stan

## **DEMAND FOR JURY TRIAL**

Plaintiffs, Nicole Stan, Mandica Gorgoi, and Ethan Stan demand a jury trial.

**D&A LAW GROUP**

**Dated:** 08/14/2020                              **By:**_____
                                                                   Aren Derbarseghian
                                                                   Attorney for Plaintiffs,
                                                                   Nicole Stan, Mandica Gorgoi,
                                                                   and Ethan Stan